UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| C.P.L., | Case No. 2:18-cv-10628-SHK |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED consistent with this Court's Order.

DATED: 12/16/2019

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge